# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Amy C. Nerenberg
Acting Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 24, 2016

Tamara Nikki Baines
City of Atlanta Department of Watershed Management
55 TRINITY AVE SW STE 5900
STE 5000
ATLANTA, GA 30303-3520

Appeal Number:  16-10735-GG
Case Style:  Carolyn Carr, et al v. Mathieu Cadeau
District Court Docket No:  1:15-cv-03837-CAP

The appendix filed by you in the referenced appeal is deficient because it does not include the following items from the record as required by 11th Cir. R. 30-1:

Docket sheet of court from which case originated

One copy of your appendix will be filed, subject to receipt of two (2) copies of corrected appendices within **FOURTEEN (14) DAYS** from this date.

If you intend to make the corrections to the existing appendix, you may contact the clerk's office to make arrangements for their return. You may, instead, submit a new appendix that includes the necessary corrections. HOWEVER, DO NOT AMEND THE ORIGINAL CERTIFICATE OF SERVICE DATE.

Sincerely,

AMY C. NERENBERG, Acting Clerk of Court

Reply to: Gordon Fields
Phone #: (404) 335-6226

APPX-1CV Appendix deficiency letter